

**Adam C. Ferrandino**
PARTNER

Telephone (716) 852-5875
Toll Free (800) 572-0179
Facsimile (716) 852-4253

aferrandino@feldmankieffer.com

www.feldmankieffer.com

110 Pearl Street
Suite 400
Buffalo, NY 14202

April 14, 2021

**VIA CM/ECF**

Hon. Geoffrey W. Crawford
United States District Court
Western District of New York
P.O. Box 478
Rutland, VT 05702-0478

    Re:    <u>Zdunski v. Erie 2-Chautauqua-Cattaraugus BOCES, David O'Rourke, in his official capacity, John O'Connor, in his official capacity, Brian Liebenow, Laurie Burger, and Tracy Smith-Dengler</u>
           Index No.: 19-cv-940
           Our File No.: 132.427

Dear Judge Crawford:

    Pursuant to the Court's Order dated April 1, 2021 and filed with the Clerk's Office on April 2, 2021, enclosed please find our Fee Statement in connection with our Motion to Strike the Complaint and to Compel. By copy of this letter, Plaintiff's counsel is also being served with the same. Thank you for your kind attention. Should you have any questions, please do not hesitate to contact me.

                        Very truly yours,

                        Adam C. Ferrandino

Enclosures
cc: Kristina S. Heuser, Esq. (via CM/ECF with enclosures)

**WESTERN NEW YORK**
110 Pearl Street, Suite 400
Buffalo, NY 14202

**CENTRAL NEW YORK**
5740 Commons Park
East Syracuse, NY 13057

**SOUTHERN TIER**
8 Westwind Drive P.O. Box 218
Dewittville, NY 14728

**NEW YORK METRO**
170 Hamilton Ave, Suite 310
White Plains, NY 10601