# FEE STATEMENT

| **Date** | **Description** | **Time**[1] | **Charge**[2][3] |
|---|---|---|---|
| 3/5/21 | Prepared Affidavit is support of Motion to Strike the Complaint and to Compel | 1.4 | $224 |
| 3/5/21 | Prepared Notice of Motion in support of our Motion to Strike the Complaint and to Compel | .2 | $ 32 |
| 3/30/21 | Received, reviewed and analyzed Plaintiff's Opposition to our Motion to Strike the Complaint and to Compel | .8 | $128 |
| 4/2/21 | Received, reviewed and analyzed the Court's Order on our Motion to Strike the Complaint and to Compel | .4 | $ 68 |
| | | Total: | $453 |

[1] All time is billed in increments of one tenth (1/10) of an hour
[2] All services listed were performed by Adam C. Ferrandino, Esq., a partner in the firm
[3] Partner billing rate for this client is $160 per hour