UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of<br>RAYMOND ZDUNSKI | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | Docket No.: 19-cv-940-GWC |
| -vs- | Hon. Geoffrey W. Crawford |
| ERIE 2 CHAUTAUQUA-CATTARAUGUS BOARD OF COOPERATIVE EDUCATIONAL SERVICES, DAVID O'ROURKE, in his official capacity, JOHN O'CONNOR, in his official capacity, BRIAN LIEBENOW, LAURIE BURGER, and TRACY SMITH-DENGLER; | |
| Defendants. | |

| | |
|---|---|
| MOTION MADE BY: | Defendants, Erie 2 Chautauqua-Cattaraugus Board of Cooperative Educational Services, David O'Rourke, in his official capacity, John O'Connor, in his official Capacity, Brian Liebenow, Laurie Burger, and Tracy Smith-Dengler |
| DATE, TIME AND PLACE OF HEARING | On a date to be set by the Court at the United States District Court for the Western District of New York. |
| RELIEF SOUGHT: | Summary Judgment in favor of Defendants pursuant to Rule 56 of the Federal Rule of Civil Procedure and such other relief as deemed proper. |
| SUPPORTING PAPERS: | Statement of Undisputed Facts; Affidavit of Adam C. Ferrandino, Esq., dated October 14, 2021, with all attached Exhibits; together with the accompanying Memorandum of Law, and all the |

|  |  |
|---|---|
|  | pleadings and proceedings hereinbefore had herein. |
| ANSWERING PAPERS: | Any answering papers must be served in accordance with the Federal Rules of Civil Procedure and any briefing schedule set by the Court. The Defendants request the opportunity to submit reply papers. |
| Dated: October 14, 2021<br>Buffalo, New York | */s/ Adam C. Ferrandino*<br>Adam C. Ferrandino, Esq.<br>Attorneys for Defendants<br>ERIE 2 CHAUTAUQUA-CATTARAUGUS BOARD OF COOPERATIVE EDUCATIONAL SERVICES, DAVID O'ROURKE, in his official capacity, JOHN O'CONNOR, in his official capacity, BRIAN LIEBENOW, LAURIE BURGER, and TRACY SMITH-DENGLER<br>1000 Rand Building<br>14 Lafayette Square<br>Buffalo, New York 14203<br>(716) 852-5875<br>aferrandino@feldmankieffer.com |
| TO: Kristina S. Heuser, Esq.<br>TYLER & BURSCH, LLP<br>Attorney for Plaintiff<br>RAYMOND ZDUNSKI<br>25026 Las Brisas Road<br>Murrieta, CA 92562<br>(951) 600-2733<br>kheuser@tylerbusch.com |  |