Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| RAYMOND ZDUNSKI, | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 19-CV-940-GWC |
| Plaintiff, | |
| v. | |
| ERIE 2-CHAUTAUQUA-CATTARAUGUS BOCES, DAVID O'ROURKE, in his official capacity, JOHN O'CONNOR, in his official capacity, BRIAN LIEBENOW, LAURIE BURGER, TRACY SMITH-DENGLER, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendants' motion for summary judgment is granted in its entirety. All counts are dismissed with prejudice.


Date: February 16, 2022                         MARY C. LOEWENGUTH
                                                CLERK OF COURT

                                                By: s/K.McMillan
                                                    Deputy Clerk