IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ZDUNSKI,<br><br>               Plaintiff,<br><br>    v.<br><br>ERIE 2-CHAUTAUQUA-CATTARAUGUS BOCES, DAVID O'ROURKE, in his official capacity, JOHN O'CONNOR, in his official capacity, BRIAN LIEBENOW, LAURIE BURGER, and TRACY SMITH-DENGLER,<br><br>               Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 19-cv-00940-GWC |

NOTICE IS HEREBY GIVEN THAT, RAYMOND ZDUNSKI, the plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 16th day of February 2022. The appeal is taken of the entire judgment and the Order directing its entry, as well as the prior, underlying Order(s) denying Plaintiff's request(s) to extend the discovery deadlines and for additional discovery.

Dated: Locust Valley, New York
       March 16, 2022

                                                                Respectfully Submitted,

                                                                KRISTINA S. HEUSER, P.C.

                     By:           /S/
                                                         Kristina S. Heuser, Esq.
                                                       23 Birch Hill Road (rear)
                                                       Locust Valley, New York 11560
                                                       (516) 592-2927
                                                       kheuser@heuserlawfirm.com